**CHICAGO, ROCK ISLAND & PACIFIC RAILROAD COMPANY, a Corporation, Appellant,**

v.

**Ramon GALLARDO.**

**No. 15256.**

United States Court of Appeals
Eighth Circuit.

March 11, 1955.

Sullivan, Stringer, Donnelly & Sharood, St. Paul, Minn., for appellant.

William A. Cole, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either party in this Court, on stipulation of parties.

**C. Franklin HUBBLE, Appellant,**

v.

**Thomas Giles KAVANAGH, Jr., Adm'r, Appellee.**

**No. 12272.**

United States Court of Appeals
Sixth Circuit.

Feb. 18, 1955.

Clarence A. Bradford, Detroit, Mich., for appellant.

H. Brian Holland, Ellis N. Slack, Grant W. Wiprud, Tax Division, Washington, D. C., Fred W. Kaess, U. S. Atty., Detroit, Mich., for appellee.

Before MARTIN, McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

This cause came on for hearing upon the record and upon the oral arguments and briefs of attorneys for the respective parties;

And it appearing that the findings of fact of the district court are based on substantial evidence and are not clearly erroneous, and that its conclusions of law are correctly drawn;

The judgment is affirmed; and it is so ordered.

**Waymon COOKSEY, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 12303.**

United States Court of Appeals
Sixth Circuit.

Feb. 18, 1955.

W. E. Badgett, Knoxville, Tenn., for appellant.

John C. Crawford, Jr., U. S. Atty., Knoxville, Tenn., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record and the briefs of the parties, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.